IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVANNE A. KIRKWOOD,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant. | Civil Action<br><br>No. 09-1347 |

**ORDER**

AND NOW, this 19th day of July, 2011, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Docket No. 25), and for the reasons outlined in the accompanying memorandum, it is hereby ORDERED that Plaintiff's motion is DENIED.

BY THE COURT:

 /s/ Louis H. Pollak
Pollak, J.